## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23654-BLOOM/Torres

RICHARD C. MURPHY, III; and
KATHLEEN T. MURPHY

   Plaintiffs,

      vs.

AIRWAY AIR CHARTER INC.
d/b/a Noble Air Charter; VENTURE
AIR SOLUTIONS, INC.;
ALEX GUTIERREZ, individually; and.
ATLANTIC AVIATION – OPA LOCKA
LLC d/b/a Atlantic Aviation,

   Defendants.
_____/

**FINAL JUDGMENT AS TO DEFENDANT VENTURE AIR SOLUTIONS, INC. ONLY**

     Pursuant to this Court's Order **GRANTING** Defendant Venture Air Solutions, Inc.'s Motion for Final Summary Judgment as to Count III and the Loss of Consortium Claim, **ECF No. [50]**, the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, with respect to Defendant Venture Air Solutions, Inc. **ONLY**.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final Judgment is entered in favor of Defendant Venture Air Solutions, Inc. **ONLY**.

2. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED** with respect to Defendant Venture Air Solutions, Inc. only.

Case No. 23-cv-23654-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 25, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies To: Counsel of Record