UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-23654-BB

RICHARD C. MURPHY, III, and
KATHLEEN T. MURPHY, his wife,

    Plaintiffs,

v.

AIRWAY AIR CHARTER, INC.
d/b/a Noble Air Charter;
ALEX GUTIERREZ, individually: and
ATLANTIC AVIATION - OPA LOCKA LLC
d/b/a Atlantic Aviation

    Defendants.
_____/

**JOINT MOTION FOR STATUS CONFERENCE AND TO BE
EXCUSED FROM WEEK 1 OF TRIAL PERIOD DUE TO INCLEMENT WEATHER**

    The Parties file this joint motion for status conference and to be excused from Week 1 of the trial period due to inclement weather as follows:

1. This case is set for a jury trial beginning on October 7, 2024.

2. Currently, the National Hurricane Center is tracking tropical storm Milton which is forecast to make landfall in Florida at or about Wednesday, October 8, 2024.[1] Governor Ron DeSantis issued Executive Order (EO) 24-214, Emergency Management – Tropical Storm Milton, declaring a state of emergency in 35 Florida counties ahead of the storm, including Miami-Dade.

3. After conferring, counsel for the Parties have concerns regarding the impact inclement weather may have on witnesses and jurors.

---

[1] https://www.nhc.noaa.gov/refresh/graphics_at4+shtml/153329.shtml?cone#contents last accessed October 6, 2024

4. The Parties ask for a telephone status conference, if possible, prior to beginning on Monday October 7, 2024. The purpose of the status is to obtain guidance from the Court on scheduling and procedures should the storm close the courthouse or otherwise interrupt the proceedings.

5. Even if not directly passing through Miami is sure to cause flight delays, flooding, power loss, school closures, or other issues typical of these storms.

6. The potential jurors are sure to be impacted and very likely distracted by the impending storm, potential flooding and other problems. Even under ideal circumstances, jury duty is a burden. Moving the trial to begin Week 2 of the current trial period would ameliorate concerns with travel and juror issues. Further, after discussion between counsel, the Parties believe that 10 days are not needed for this trial.

7. The Parties also have no objection to moving the trial period to another available period, the Court's schedule permitting, if it would mean less interruption of the proceedings due to weather or holidays.

Date: October 6, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Robert L. Parks* | */s/ Juan R. Serrano* |
| Robert L. Parks | Juan R. Serrano, Esq. |
| Florida Bar No. 61436 | Florida Bar No. 319510 |
| Gabriel Garay | Cecilia Torello, Esq. |
| Florida Bar No. 103303 | Florida Bar No. 1018230 |
| GARAY LAW | GRIFFIN & SERRANO, P.A. |
| 300 Sevilla Avenue, Suite 206 | Blackstone Building, Sixth Floor |
| Coral Gables, Florida 33134 | 707 Southeast 3rd Avenue |
| Telephone: (305) 445-4430 | Fort Lauderdale, FL 33316 |
| Fax: (305) 445-4431 | Tel.: (954) 462-4002 |
| bob@garaylawfirm.com | Fax: (954) 462-4009 |
| gabe@garaylawfirm.com | jserrano@griffinserrano.com |
| lisa@garaylawfirm.com | ctorello@griffinserrano.com |
| patricia@garaylawfirm.com | nmarin@griffinserrano.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants Airway Air Charter, Inc. d/b/a Noble Air Charter,* |

*Venture Air Solutions, Inc., and Alex Gutierrez, individually*

*/s/ William J. Katt*
William J. Katt (*Pro Hac Vice*)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Telephone: (414) 276-8816
Fax: (414) 276-8819
William.Katt@wilsonelser.com

Nicole T. Melvani
Florida Bar No. 108361
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Telephone: (703) 245-9300
Fax: (703) 245-9301
Nicole.Melvani@wilsonelser.com

Sergio R. Casiano, Jr.
Florida Bar No. 457302
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
Fax: (305) 579-0261
Sergio.casiano@wilsonelser.com

*Counsel for Defendant Atlantic Aviation – Opa Locka LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2024, a true and correct copy of the foregoing document was filed with the Clerk, using CM/ECF, who will forward copies to all counsel of record on the attached Service List.

By:/s/ Robert L. Parks
ROBERT L. PARKS
Florida Bar No. 61436

## SERVICE LIST

Juan R. Serrano, Esq.
Florida Bar No. 319510
Cecilia Torello, Esq.
Florida Bar No. 1018230
**GRIFFIN & SERRANO, P.A.**
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, FL 33316
Tel.: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
ctorello@griffinserrano.com
nmarin@griffinserrano.com
*Counsel for Defendants, Airway Air Charter, Inc., Venture Air Solutions, Inc., Alex Gutierrez*

Joel S. Perwin, Esq.
Florida Bar No.: 316814
1680 Michigan Avenue, Suite 700
Miami Beach, FL 33139
Tel.: (305) 779-6090
jperwin@perwinlaw.com
sbigelow@perwinlaw.com
*Co-Counsel for Plaintiffs*

Nicole T. Melvani, Esq.
Florida Bar No. 108361
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.245.9304 (Direct)
904.477.7923 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
nicole.melvani@wilsonelser.com

and

William J. Katt, Esq. (Admitted Pro Hac Vice)

555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Telephone: (414) 276-8816
Fax: (414) 276-8819
William.Katt@wilsonelser.com
and

Sergio R. Casiano, Jr.
Florida Bar No. 457302
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
Fax: (305) 579-0261
Sergio.casiano@wilsonelser.com

*Counsel for Defendant Atlantic Aviation, Inc.*

Rachel Walters, Esq.
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
Fax: (305) 579-0261
rachel.walters@wilsonelser.com
aracelys.gonzalez@wilsonelser.com
rebecca.lacayo@wilsonelser.com
eservice.miami@wilsonelser.com

*Counsel for Defendant Atlantic Aviation, Inc.*