UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23654-BLOOM

RICHARD C. MURPHY, III,

   Plaintiff,

v.

AIRWAY AIR CHARTER INC.
d/b/a Noble Air Charter;
ALEX GUTIERREZ, individually; and
ATLANTIC AVIATION – OPA LOCKA
LLC d/b/a Atlantic Aviation,

   Defendants.
_____/

## VERDICT FORM

We, the jury, return the following verdict:

1. Did the accident cause bodily injury to Richard C. Murphy, III?

    YES __✓__   NO _____       9-0

2. Was there negligence on the part of Alex Gutierrez which was a legal cause of injury to Richard C. Murphy, III?

    YES __✓__   NO _____       9-0

3. Was there negligence on the part of Airway Air Charter d/b/a Noble Air Charter which was a legal cause of injury to Richard C. Murphy, III?

    YES __✓__   NO _____       9-0

4. Was there negligence on the part of Atlantic Aviation– Opa Locka LLC which was a legal cause of injury to Richard C. Murphy, III?

YES \_\_\_\_\_    NO  ✓            9-0

If your answer to each of Questions 1-4 is NO, your verdict is for each of the Defendants and you shall not answer Question 5-9. You shall proceed to sign and date the Verdict Form. If your answers to any of Questions 1-4 is YES, please answer Questions 5-9. As to any Defenants in Questions 2-4, that you answered NO, the relative percentage of negligence or fault as to that Defendant in Question 5 should be 0%.

5. State the percentage of any negligence or fault, which was a legal cause of injury to that you charge to:

RICHARD C. MURPHY, III                      20 %

AIRWAY AIR CHARTER, INC.
d/b/a Noble Air Charter                         40 %         } 9-0

ALEX GUTIERREZ                               40 %

ATLANTIC AVIATION – OPA
LOCKA LLC d/b/a Atlantic Aviation            0 %

**TOTAL**
(must equal 100%)                              100 %

Please Answer Questions 6-9.

In determining the amount of damages, do not make any reduction because of the negligence or fault, if any, of the Defendants. If you find a Defendant negligent or at fault, the Court in entering judgment will make an appropriate reduction in the damages awarded.

6. What is the total amount of Richard C. Murphy, III's damages for medical expenses incurred in the past?

$ _12,888_   9-0

7. What is the total amount of Richard C. Murphy, III's damages for any bodily injury sustained and any resulting pain and suffering, disability, physical impairment, disfigurement, ~~mental anguish~~, ~~inconvenience~~ or physical defect ~~and loss of capacity for the enjoyment of life~~ sustained in the past_X_ and in the future.

$ _1,160,000_   9-0

8. What is the total amount of Richard C. Murphy, III's damages for mental anguish, inconvenience and loss of capacity for the enjoyment of life?

$ _1,740,000_   9-0

9. Are the damages for mental anguish, inconvenience and loss of capacity for the enjoyment of life a result of the bodily injury sustained in the accident?

YES _✓_   NO ____

**TOTAL DAMAGES OF RICHARD C. MURPHY, III**
(add lines 6-8)

$ _2,912,888_   9-0

SO SAY WE ALL, this _16_ day of _October_, 2024.



P_____
FOREPERSON