UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

RICHARD C. MURPHY, III                         CASE NO. 23-cv-23654-Bloom/Otazo

    Plaintiff,
v.

AIRWAY AIR CHARTER, INC.
d/b/a Noble Air Charter; VENTURE
AIR SOLUTIONS, INC.;
ALEX GUTIERREZ, individually; and,
ATLANTIC AVIATION – OPA LOCKA
LLC d/b/a Atlantic Aviation

    Defendants.
_____/

## DEFENDANTS AIRWAY AND GUTIERREZS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT

Defendants, AIRWAY AIR CHARTER, INC. d/b/a Noble Air Charter and ALEX GUTIERREZ, (hereinafter collectively "Defendants"), file this Response to Plaintiff's Motion for Entry of Final Judgment, ECF No. [180], and in support hereof, further state as follows:

Defendants object to the proposed Final Judgment submitted by Plaintiff, ECF No. [180-1], as said proposed Final Judgment improperly makes the pilot Alex Gutierrez (hereinafter "Gutierrez") responsible for the allocation of damages to the carrier Airway Air Charter, Inc. d/b/a Noble Air Charter (hereinafter "Noble").

The Court`s Instructions to the Jury, ECF [No. 177], specifically states that under the Montreal Convention "Defendant Noble is responsible for any negligence of its pilot and employee, Defendant Alex Gutierrez". While the respondent superior instructions make Noble responsible for the liability of its agent/employee ("Gutierrez"), the reverse is not true.

1

Accordingly, Plaintiff's proposed Final Judgment is improper as Plaintiff is wrongfully making the agent responsible for the fault approportioned to the principal.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed on 18 October 2024 via electronic format with the Clerk of the Court using CM/ECF.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Defendants
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/S/ Cecilia Torello
_____
Juan R. Serrano
Florida Bar No. 319510
Cecilia Torello
Florida Bar No. 1018230
Francesca Alfonso
Florida Bar No. 1050713

Service List

GARAY LAW
Robert L. Parks
*Counsel for Plaintiffs*
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
bob@garaylawfirm.com
ana@garaylawfirm.com
Tel: (305) 445-4430
Fax: (305) 445-4431

Joel S. Perwin, Esq
*Co-Counsel for Plaintiff*
1680 Michigan Avenue, Suite 700
Miami Beach, FL 33139
Tel: (305) 779-6090
jperwin@perwinlaw.com
sbigelow@perwinlaw.com

Nicole T. Melvani
Florida Bar No. 108361
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Telephone: (703) 245-9300
Fax:(703) 245-9301
Nicole.Melvani@wilsonelser.com
Maureen.dargle@wilsonelser.com

Sergio R. Casiano, Jr.
Florida Bar No. 457302
Rachel Walters
Florida Bar No. 457302
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
 Fax: (305) 579-0261
Sergio.casiano@wilsonelser.com
Rachel.walters@wilsonelser.com
Aracelys.gonzalez@wilsonelser.com
Rebecca.lacayo@wilsonelser.com
Eservice.miami@wilsonelser.com

William J. Katt (Pro Hac Vice To Be Filed)
555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Telephone: (414) 276-8816
Fax: (414) 276-8819
William.Katt@wilsonelser.com

*Counsel for Defendant Atlantic Aviation, Inc.*