UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:23-cv-23654-BB

RICHARD C. MURPHY, III
and KATHLEEN T. MURPHY,

    Plaintiffs,

v.

AIRWAY AIR CHARTER, INC.
d/b/a NOBLE AIR CHARTER;
ALEX GUTIERREZ; and
ATLANTIC AVIATION, INC.

    Defendants.

_____/

### PLAINTIFF'S REPLY IN SUPPORT OF
### MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, RICHARD C. MURPHY, III, files this Reply in support of his motion for entry of Final Judgment pursuant to the Verdict rendered in this action on October 16, 2024 as follows:

1. The plain text of the convention allows Plaintiff to sue either the pilot or the carrier or both for damages arising from the accident. Nowhere in the Convention does it state that either Defendant receives exoneration for the negligence of each other. To allow that, would be contrary to the plain text of the Convention. The apportionment between them was for the benefit of ATLANTIC and to determine whether someone else may have been "solely" responsible.

2. Neither Defendant raised the negligence of the other during the litigation or trial. As a practical matter, it would create a conflict of interest between Pilot Gutierrez and Noble – instead they defended the case - and were found negligent together.

3. NOBLE and GUTIERREZ provide no legal support for their position. *Respondeat superior* has nothing to do with the case, the instruction of vicarious liability is simply a reflection of the Convention which explicitly allows for servants or agents to be sued as well, it does not invoke state law concepts of apportionment of fault which have no place in the case.

WHEREFORE, Plaintiff requests that the Court enter the judgment as drafted.

Date: October 18, 2024

        Respectfully submitted,

        GARAY LAW
        Counsel for Plaintiffs
        300 Sevilla Avenue, Suite 206
        Coral Gables, FL 33134
        Tel: (305) 445-4430; Fax: (305) 445-4431

        By:/s/ Gabriel Garay
        GABRIEL GARAY
        Florida Bar No. 103303
        gabe@garaylawfirm.com
        ROBERT L. PARKS
        *Of Counsel*
        Florida Bar No. 61436
        bob@garaylawfirm.com
        ana@garaylawfirm.com
        patty@garaylawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 18, 2024, a copy of the foregoing document was filed with the Clerk, using cm/ecf, who will forward copies to all counsel of record on the attached Service List.

By: /s/ Gabriel Garay
GABRIEL GARAY
Florida Bar No. 103303

## SERVICE LIST

Juan R. Serrano, Esq.
Florida Bar No. 319510
Cecilia Torello, Esq.
Florida Bar No. 1018230
GRIFFIN & SERRANO, P.A.
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, FL 33316
Tel.: (954) 462-4002
Fax: (954) 462-4009
jserrano@griffinserrano.com
ctorello@griffinserrano.com
nmarin@griffinserrano.com
*Counsel for Defendants, Airway Air Charter, Inc., Venture Air Solutions, Inc., Alex Gutierrez*

Nicole T. Melvani, Esq.
Florida Bar No. 108361
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.245.9304 (Direct)
904.477.7923 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
nicole.melvani@wilsonelser.com

and

William J. Katt, Esq. (Admitted Pro Hac Vice)
555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Telephone: (414) 276-8816
Fax: (414) 276-8819
William.Katt@wilsonelser.com

and

Sergio R. Casiano, Jr.
Florida Bar No. 457302
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
Fax: (305) 579-0261
Sergio.casiano@wilsonelser.com
*Counsel for Defendant Atlantic Aviation, Inc.*