UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

RICHARD C. MURPHY, III; and             CASE NO. 23-cv-23654-Bloom/Otazo
KATHLEEN T. MURPHY, his wife,

    Plaintiff,
v.

AIRWAY AIR CHARTER, INC.
d/b/a Noble Air Charter; VENTURE
AIR SOLUTIONS, INC.;
ALEX GUTIERREZ, individually; and,
ATLANTIC AVIATION – OPA LOCKA
LLC d/b/a Atlantic Aviation

    Defendants.
_____/

## MOTION TO AMEND/REDUCE FINAL JUDGMENT

Defendants, AIRWAY AIR CHARTER, INC. d/b/a Noble Air Charter ("Noble") and Alex Gutierrez ("Gutierrez") (collectively "Defendants"), by and through its undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, file this Motion to Amend/Reduce the Final Judgment, ECF No. [184] (the "Judgment"), and in support states as follows:

On March 3, 2025, this Court ruled that as a matter of law, Plaintiff may not recover damages for past medical expenses, and that the Court will reduce the Final Judgment amount by that amount specifically itemized on the verdict form, awarded for past medical expenses totaling $12,888.00. ECF No. [232 at 16].

Accordingly, consistent with this Court's ruling, Defendant seeks for the Court to enter an Amended Final Judgment reducing the total amount of damages awarded in the Final Judgment, to Richard C. Murphy, III by $12,888.00. For the Court's convenience, a proposed amended final judgment is attached hereto as Exhibit 1.

1

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1, I hereby certify that Counsel for the movant has conferred in good faith with counsel for Plaintiff who consents to the relief requested herein.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was filed on 18 March 2025 via electronic format with the Clerk of the Court using CM/ECF.

**GRIFFIN & SERRANO, P.A.**
Attorneys for Defendants
Blackstone Building, Sixth Floor
707 Southeast 3rd Avenue
Fort Lauderdale, Florida 33316
Phone: (954) 462-4002
Fax: (954) 462-4009

/s/ Cecilia Torello
_____
Juan R. Serrano
Florida Bar No. 319510
Cecilia Torello
Florida Bar No. 1018230
Francesca Alfonso
Florida Bar No. 1050713

Service List

GARAY LAW
Robert L. Parks, Esq
Gabe Garay, Esq.
*Counsel for Plaintiffs*
300 Sevilla Avenue, Suite 206
Coral Gables, FL 33134
bob@garaylawfirm.com
lisa@garaylawfirm.com
gabe@garaylawfirm.com
Tel: (305) 445-4430
Fax: (305) 445-4431

Joel S. Perwin, Esq
*Co-Counsel for Plaintiff*
1680 Michigan Avenue, Suite 700
Miami Beach, FL 33139
Tel: (305) 779-6090
jperwin@perwinlaw.com
sbigelow@perwinlaw.com

Nicole T. Melvani
Florida Bar No. 108361
8444 Westpark Drive, Suite 510
McLean, Virginia 22102
Telephone: (703) 245-9300
Fax:(703) 245-9301
Nicole.Melvani@wilsonelser.com
Maureen.dargle@wilsonelser.com

Sergio R. Casiano, Jr.
Florida Bar No. 457302
Rachel Walters
Florida Bar No. 457302
100 Southeast Second Street – Suite 2100
Miami, Florida 33131
Telephone: (305) 374-4400
 Fax: (305) 579-0261
Sergio.casiano@wilsonelser.com
Rachel.walters@wilsonelser.com
Aracelys.gonzalez@wilsonelser.com
Rebecca.lacayo@wilsonelser.com
Eservice.miami@wilsonelser.com

William J. Katt (Pro Hac Vice To Be Filed)
555 East Wells Street, Suite 1730
Milwaukee, Wisconsin 53202
Telephone: (414) 276-8816
Fax: (414) 276-8819
William.Katt@wilsonelser.com

*Counsel for Defendant Atlantic Aviation, Inc.*